Argued March 2—decided March 2, 1976

HUDSON GLEN CORPORATION ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF BETHEL

The plaintiffs' motion to dismiss the appeal, pursuant to § 697 of the Practice Book, from the Court of Common Pleas in Fairfield County at Stamford is dismissed.

The plaintiffs' motion to dismiss the appeal, pursuant to § 696 of the Practice Book, from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Robert A. Fuller,* for the appellees (plaintiffs).

*Stephen C. Gallagher,* for the appellant (defendant).

Argued March 2—decided March 2, 1976

FLORENCE DiPIETRO *v.* CONSTANCE C. LENGE ET AL.

The motion by the named defendant dated February 3, 1976, to dismiss the appeal from the Superior Court in Hartford County is granted.

*Wesley W. Horton,* for the appellee (named defendant).

*William J. Bumster, Jr.,* for the appellant (plaintiff).